UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Mag. No. 20-14030 (DEA) |
| | : | |
| LATIEF FORBES | : | <u>ORDER FOR CONTINUANCE</u> |
| | : | |

This matter having come before the Court on the joint application of
Rachael A. Honig, Acting United States Attorney for the District of New Jersey
(Ian D. Brater, Assistant U.S. Attorney, appearing), and defendant LATIEF
FORBES (Jason A. Seidman, Esq., appearing) for an order granting a
continuance of the proceedings in the above-captioned matter from the date
this Order is signed through December 10, 2021; and the Court having
previously entered Standing Orders 20-02, 20-03, 20-09, 20-12, extensions of
Standing Order 20-12, and Standing Order 21-04 in response to the national
emergency created by COVID-19; and the defendant being aware that he has
the right to have the matter submitted to a grand jury within 30 days of the
date of his arrest pursuant to Title 18, United States Code, Section 3161(b);
and the defendant, through his attorney, having consented to the continuance;
and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

(1)  The parties would like additional time to discuss a plea
agreement, which would render a trial of this matter unnecessary;

1

(2)  In response to the national emergency created by COVID-19, the Chief Judge of this Court has entered Standing Orders 20-02, 20-03, 20-09, 20-12, extensions of Standing Order 20-12, and Standing Order 21-04, which are incorporated herein by reference;

(3)  The defendant has consented to this continuance;

(4)  The grant of a continuance will likely conserve judicial resources; and

(5)  Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 8th  day of September, 2021,

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through December 10, 2021; and it is further

ORDERED that the period from the date this Order is signed through December 10, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                 _____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

_____            *s/ Ian D. Brater*

Jason A. Seidman, Esq.                              _____
Counsel for Defendant                                Ian D. Brater
                                                            Assistant U.S. Attorney